Benjamin Donel, Esq. (SBN: 226226)
LAW OFFICES OF BENJAMIN DONEL & ASSOCIATES, APC
6125 Washington Blvd, Suite 300
Culver City, CA 90232
Telephone: (310) 864-7600
Facsimile: (310) 626-9752

Attorney for Defendant
Easy Financial, LLC and Stone Sharp

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| BRENDA WHITTAKER, an individual, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EASY FINANCIAL, LLC d/b/a Sunset Equity, a California limited liability company, and STONE SHARP, an individual.<br><br>Defendants. | Case No.: 3:21-cv-08212-DJH<br><br>**DECLARATION OF BENJAMIN DONEL I SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>**ORAL ARGUMENT REQUESTED** |

## DECLARATION OF BENJAMIN DONEL

1.  I, Benjamin Donel, am an attorney at law duly licensed to practice before all of the courts of the State of California and attorney of record for Defendants Easy Financial, LLC ("Easy Financial") and Stone Sharp ("Mr. Sharp") (collectively "Defendants") in the above-entitled action.  I am the Managing Director of Easy Financial and I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently thereto, except as to those matters stated upon information and belief and, as to those matters, I believe them to be true.

**1**

2. Easy Financial is a Nevada limited liability corporation with its principal offices in Culver City, California, and is an originator of real estate loans.

3. Easy Financial does not have any offices, bank accounts, or assets in the State of Arizona.

4. Easy Financial does business as Sunset Equity Funding aka Sunset Equity Group.

5. Easy Financial does not have any offices, bank accounts, or assets in the State of Arizona.

6. Easy Financial and Sunset Equity are not licensed for real estate in Arizona.

**Meet and Confer**

7. On October 12, 2021, Defendants' attorney, Benjamin Donel, sent a letter to Plaintiff's attorney a detailed letter explaining why there was no triable issue. **Exhibit A. (Letter from Donel to Koepke dated October 12, 2021.)**

8. The parties' attorneys had a meeting by telephone on or about October 19, 2021 to try and resolve the problems with the complaint.

9. I agreed to provide additional documentation for Plaintiff's attorneys to review. **Exhibit B. (Letter from Donel to Koepke dated October 19, 2021.)**

10. Plaintiff's counsel has refused to dismiss this matter or amend the complaint to address Defendants' issues.

I declare under penalty of perjury, under the laws of the State of California, the foregoing is true and correct. Dated this 10th day of November 2021.

_____
Benjamin Donel

# EXHIBIT A

Law Office of
# BENJAMIN DONEL & Associates

6125 Washington Blvd, Suite 300
Culver City, CA 90232
Office: (310) 864-7600
Fax: (310) 626-9752

October 12, 2021

Penny L. Koepke
MAXWELL & MORGAN, P.C.
4854 E. Baseline Road, Suite 104
Mesa, Arizona 85206
pkoepke@hoalow.biz

                RE:     Case Name:     Brenda Whittaker v. Easy Financial, LLC, et al.
                          Case No.:       3:21-cv-08212-DJH

Dear Ms. Koepke:

       This office represents defendants in the abovementioned matter. This letter is requesting that you dismiss this matter, with prejudice.

       Your client, Brenda Whittaker ("Ms. Whittaker") has alleged violations of the Telephone Communications Privacy Act ("TCPA") in regard to two text messages she allegedly received. Ms. Whittaker alleges she is on the Do Not Call ("DNC") list.

       First, a listing on the DNC is not permanent. A listing needs to be updated periodically. Her number may have fallen off the DNC listing.

       Second, your client placed her name and telephone number into a service, Connected Investors Exchange (https://cix.connectedinvestors.com), requesting information about a loan. This information was forwarded to my clients for contact as requested. The disclaimer states:

> By continuing you expressly consent to having private money lenders and our network partners contact you about your inquiry by email, text message or phone (including automatic telephone dialing system or an artificial or prerecorded voice) to the residential or cellular telephone number you have provided, even if that telephone number is on a corporate, state, or national Do Not Call Registry. By communicating with any of our network lenders by phone, you consent to calls being recorded and monitored.

       Mr. Sharp contacted your client as was requested. If Ms. Whittaker desired not to have further communications, she had the opportunity to respond "STOP" to the text messages, pursuant to the TCPA. She did not do so.

       Easy Financial does not obtain telephone numbers other than as described herein.

       Failure to withdraw or to pursue a matter without merit is a violation of Ariz. R. Sup. Ct. 41. Please contact me at the above number if you wish to discuss this matter further.

Sincerely,

*[signature]*

Benjamin Donel, Esq.

cc: Easy Financial, LLC, Stone Sharp

# EXHIBIT B

Law Office of
# BENJAMIN DONEL *& Associates*

6125 Washington Blvd, Suite 300
Culver City, CA 90232
Office: (310) 864-7600
Fax: (310) 626-9752

October 19, 2021

Taylor Smith
MAXWELL & MORGAN, P.C.
4854 E. Baseline Road, Suite 104
Mesa, Arizona 85206
tsmith@woodrowpeluso.com

    RE: Case Name: Brenda Whittaker v. Easy Financial, LLC, et al.
       Case No.:  3:21-cv-08212-DJH

Dear Mr. Smith:

  This letter is a follow up to our telephone conversation today.

  As previously stated, your client placed her name and telephone number into a service, Connected Investors Exchange ("CIX") (https://cix.connectedinvestors.com), requesting information about a loan.

### Ms. Whitaker Agreed to a Disclaimer and Waiver

  Brenda Whittaker ("Ms. Whittaker") placed her name and telephone number with CIX on or about September 25, 2018. The disclaimer Ms. Whitaker agreed to states in relevant part;

> By continuing you expressly consent to having private money lenders and our network partners contact you about your inquiry by email, text message or phone... even if that telephone number is on a corporate, state, or national Do Not Call Registry.

  By agreeing to the disclaimer, Ms. Whitaker agreed to *having private money lenders and our network partners* contact her. Further, she expressly agreed to accept calls or texts *even if that telephone number is on a corporate, state, or national Do Not Call Registry*. For your reference, I have attached a screenshot of the disclaimer your client agreed to.

  Easy Financial is a network partner of CIX. Easy Financial obtains telephone numbers only from its marketing partners, like CIX. Any telephone number Easy Financial uses has expressly waived the Do Not Call restriction.

### TCPA Allows Unsolicited Calls or Texts

  The Telephone Consumer Protection Act ("TCPA") "permits unsolicited advertisements as part of an established business relationship or with notice of the recipient's right to opt out of future advertising." *Yahoo! Inc. v. Nat'l Union Fire Ins. Co. of Pittsburgh, Pa.* (9th Cir. 2019) 913 F.3d 923, 930.

  An established business relationship is formed when "the recipient voluntarily provided his or her contact information to the sender either directly or indirectly through 'a directory,

2

advertisement, or site on the Internet,' and (3) the 'unsolicited advertisement contains' an opt-out notice meeting certain statutory requirements." *True Health Chiropractic, Inc. v. McKesson Corp.* (9th Cir. 2018) 896 F.3d 923, 926. *See also* 47 U.S.C. § 227(b)(2).

Lastly, if Ms. Whitaker desired not to receive any further solicitations, she had the option to respond STOP. She did not.

Please do not hesitate to contact me to discuss this matter further.

Sincerely,

Benjamin Donel, Esq.


cc:     Penny L. Koepke (pkoepke@hoalaw.biz), Easy Financial, LLC, Stone Smart

