Benjamin Donel, Esq. (SBN: 226226)
LAW OFFICES OF BENJAMIN DONEL & ASSOCIATES, APC
6125 Washington Blvd, Suite 300
Culver City, CA 90232
Telephone: (310) 864-7600
Facsimile: (310) 626-9752

Attorney for Defendant
Easy Financial, LLC and Stone Sharp

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| BRENDA WHITTAKER, an individual, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EASY FINANCIAL, LLC d/b/a Sunset Equity, a California limited liability company, and STONE SHARP, an individual.<br><br>Defendants. | Case No.: 3:21-cv-08212-DJH<br><br>**DECLARATION OF STONE SHARP IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>**ORAL ARGUMENT REQUESTED** |

### DECLARATION OF STONE SHARP

1. I, Stone Sharp, is a licensed real estate agent for Easy Financial, LLC, a party to this action, and am authorized to make this Declaration for and on its behalf, and I make this declaration for that reason. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently thereto, except as to those matters stated upon information and belief

1

and, as to those matters, I believe them to be true.

2. I was born in San Bernardino County, California and currently a resident of Los Angeles County, California.

3. I have never resided in Arizona. I do not maintain bank accounts, addresses, or telephone numbers in Arizona.

4. I am employee of Easy Financial as a licensed loan officer working in the Culver City office.

5. I am a licensed real estate salesperson in California.

6. I am not licensed in Arizona for any profession or occupation.

7. My duties include, but not limited to, soliciting investors who have expressed interest in obtaining commercial real estate loans.

8. I do not have authority to enter into contracts.

9. Periodically, Easy Financial would desire to send a text messages advertising loan products.

10. The cellular telephones numbers selected for any particular advertising campaign are from Easy Financial's database of established contacts, persons who have expressed desire to receive advertising texts.

11. Plaintiff's cellular telephone number was in Easy Financial's database as a contact that requested loan information.

12. My contact number was clearly and prominently displayed in the text messages.

I declare under penalty of perjury, under the laws of the State of California, the foregoing is true and correct. Dated this 12th day of November 2021.

_____
Stone Sharp

2