Benjamin Donel, Esq. (SBN: 226226)
LAW OFFICES OF BENJAMIN DONEL & ASSOCIATES, APC
6125 Washington Blvd, Suite 300
Culver City, CA 90232
Telephone: (310) 864-7600
Facsimile: (310) 626-9752

Attorney for Defendant
Easy Financial, LLC and Stone Sharp

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| BRENDA WHITTAKER, an individual, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EASY FINANCIAL, LLC d/b/a Sunset Equity, a California limited liability company, and STONE SHARP, an individual.<br><br>Defendants. | Case No.: 3:21-cv-08212-DJH<br><br>**SEPARATE STATEMENT OF UNDISPUTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT**<br><br>**ORAL ARGUMENT REQUESTED** |

**SEPARATE STATEMENT OF UNDISPUTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT**

Defendants Easy Financial, LLC ("Easy Financial") and Stone Sharp ("Mr. Sharp") (collectively, "Defendants") hereby submit the following proposed Separate Statement of Undisputed Facts and Conclusions of Law in support of their motion to dismiss Plaintiff Brenda Whittaker's ("Plaintiff") First Amended Complaint which is filed concurrently herewith.

**1**

| | UNDISPUTED MATERIAL FACT | SUPPORTING EVIDENCE |
|---|---|---|
| | **DEFENDANTS ARE NOT RESIDENTS OF ARIZONA** | |
| 1. | Easy Financial is a Nevada corporation. | Request for Judicial Notice, Exhibit B.<br>Dec. of Donel ¶ 2. |
| 2. | Easy Financial's principal place of business is Culver City, CA. | Request for Judicial Notice, Exhibit C.<br>Request for Judicial Notice Exhibit _; California Secretary of State.<br>Dec. of Donel ¶ 2. |
| 3. | Easy Financial does business as Sunset Equity Funding aka Sunset Equity Group. | Dec. of Sepehran ¶ 2.  Dec. of Donel ¶ 4. |
| 4. | Easy Financial is an originator of real estate loans. | Dec. of Sepehran ¶ 3.  Dec. of Donel ¶ 2. |
| 5. | Sunset Equity Funding is a dba of Easy Financial | Dec. of Sepehran ¶ 2.  Dec. of Donel ¶ 4. |
| 5. | Easy Financial does not have any offices, bank accounts, or assets in the State of Arizona. | *Bristol-Myers Squibb Co. v. Superior Court*, 137 S. Ct. 1773, 1780 (2017).<br>*Walden v. Fiore*, 571 U.S. 277, 291.<br>*Daimler AG v. Bauman*, 571 U.S. 117, 137 (2014)<br>Dec. of Sepehran ¶ 4.  Dec. of Donel ¶ 5. |
| 6. | Easy Financial is not licensed for real estate in Arizona. | Request for Judicial Notice Exhibit D.  Dec. of Donel ¶ 6. |
| 7. | Sunset Equity is not licensed for real estate in Arizona. | Request for Judicial Notice Exhibit E.  Dec. of Donel ¶ 6. |
| 8. | Mr. Sharp is a resident of the State of California, County of Los Angeles. | Declaration of Sharp ¶ 2. |
| 9. | Mr. Sharp has never resided in Arizona. | Declaration of Sharp ¶ 3. |
| 10. | Mr. Sharp does not personally maintain bank accounts, addresses, or telephone numbers in Arizona. | Declaration of Sharp ¶ 3. |
| 11. | Mr. Sharp is an employee of Easy Financial as a licensed loan officer working in the Culver City office. | Declaration of Sharp ¶ 4.  Dec. of Sepehran ¶ _. |

///
///

2

| | | |
|---|---|---|
| 12. | Mr. Sharp is a licensed real estate salesperson in California. | Request for Judicial Notice Exhibit F.<br>Declaration of Stone Sharp ¶ 5. |
| 13. | Mr. Sharp is not licensed in Arizona for any profession or occupation. | Declaration of Stone Sharp ¶ 6. |
| **PLAINTIFF REQUESTS TO BE CONTACTED** | | |
| 14. | Plaintiff placed her name, telephone number, and email address with Connected Investors Exchange ("CIX") (https://cix.connectedinvestors.com) on or about September 25, 2018 requesting information about obtaining a loan. | Dec. of Sepehran ¶ 8. |
| 15. | By requesting information from CIX, Plaintiff agreed to a disclaimer specifically waiving Do Not Call ("DNC") restrictions. | Dec. of Sepehran ¶ 9. |
| 16. | By requesting information from CIX, Plaintiff "expressly consent to having private money lenders and our network partners contact you about your inquiry by email, text message or phone... even if that telephone number is on a corporate, state, or national Do Not Call Registry." | FCC Orders and Rulings 7 F.C.C. Rcd. 8752 (Oct. 16, 1992).<br>*Van Patten v. Vertical Fitness Grp., Ltd. Liab. Co.*, 847 F.3d 1037, 1044 (9th Cir. 2017).<br>47 U.S.C. § 227(b)(3)(B).<br>Dec. of Sepehran ¶¶ 8, 9, 10. |
| 17. | Plaintiff gave express consent to be contacted by knowingly releasing her contact information with CIX. | FCC Orders and Rulings 7 F.C.C. Rcd. 8752 (Oct. 16, 1992).<br>*Van Patten v. Vertical Fitness Grp., Ltd. Liab. Co.*, 847 F.3d 1037, 1044 (9th Cir. 2017). |
| **EASY FINANCIAL IS A MARKETING PARTNER WITH CIX** | | |
| 18. | Easy Financial is an affiliated marketing partner with CIX. | FCC Orders and Rulings 7 F.C.C. Rcd. 8752 (Oct. 16, 1992).<br>*Van Patten v. Vertical Fitness Grp., Ltd. Liab. Co.*, 847 F.3d 1037, 1044 (9th Cir. 2017).<br>Request for Judicial Notice Exhibit _ (CIX Printout).<br>Dec. of Sepehran ¶ 13. |

///

| | | |
|---|---|---|
| 19. | Plaintiff has a business relationship with Easy Financial. | FCC Orders and Rulings 7 F.C.C. Rcd. 8752 (Oct. 16, 1992).<br>*Van Patten v. Vertical Fitness Grp., Ltd. Liab. Co.*, 847 F.3d 1037, 1044 (9th Cir. 2017).<br>47 U.S.C. § 227(b)(1)(C), (b)(2)(D)-(E).<br>*Yahoo! Inc. v. Nat'l Union Fire Ins. Co. of Pittsburgh, Pa.* (9th Cir. 2019) 913 F.3d 923, 930. |
| 20. | Easy Financial obtains telephone numbers only from its marketing partners and affiliates, like CIX. | Dec. of Sepehran ¶ 14. |
| 21. | Easy Financial uses, or has used, for marketing purposes has expressly waived the Do Not Call restriction. | Dec. of Sepehran ¶ 15. |
| 22. | Periodically, Easy Financial initiates a text message advertising campaign. | Dec. of Sepehran ¶ 16. |
| 23. | The telephone numbers selected are from Easy Financial's database of telephone numbers that expressed a desire to receive advertising texts. | Dec. of Sepehran ¶ 17. |
| 24. | The TCPA permits unsolicited advertisements. | 47 U.S.C. § 227(b)(1)(C), (b)(2)(D)-(E).<br>*Yahoo! Inc. v. Nat'l Union Fire Ins. Co. of Pittsburgh, Pa.* (9th Cir. 2019) 913 F.3d 923, 930.<br>*Berman v. Freedom Fin. Network, LLC*, 400 F. Supp. 3d 964, 979-80 (N.D. Cal. 2019). |
| 25. | Plaintiff has a business relationship with Easy Financial. | FCC Orders and Rulings 7 F.C.C. Rcd. 8752 (Oct. 16, 1992).<br>*Van Patten v. Vertical Fitness Grp., Ltd. Liab. Co.*, 847 F.3d 1037, 1044 (9th Cir. 2017).<br>47 U.S.C. § 227(b)(1)(C), (b)(2)(D)-(E).<br>*Yahoo! Inc. v. Nat'l Union Fire Ins. Co. of Pittsburgh, Pa.* (9th Cir. 2019) 913 F.3d 923, 930.<br>Dec. of Sepehran ¶¶ 7, 8, 9, 10. |

4

| | | |
|---|---|---|
| 26. | Plaintiff allegedly received two text messages. | ECF No. 7 at 4 ¶¶ 16 and 17. |
| 27. | Plaintiff failed to reply STOP or otherwise notify Easy Financial she wanted to opt-out of further messages. | *Van Patten v. Vertical Fitness Grp., Ltd. Liab. Co.*, 847 F.3d 1037, 1047 (9th Cir. 2017).<br>27 F.C.C. Rcd. at 15398 ¶ 13 |
| 28. | The TCPA limits recovery of damages to "actual monetary loss from such a violation," or "$500 in damages for each such violation." | 47 U.S.C. § 227(b)(3)(B). |

Date:   November 15, 2021         LAW OFFICES OF BENJAMIN DONEL &
                                  ASSOCIATES

                                  _____
                                  Benjamin Donel
                                  Attorney for Defendant
                                  Donel Investments, LLC