Benjamin Donel, Esq. (SBN: 226226)
LAW OFFICES OF BENJAMIN DONEL & ASSOCIATES, APC
6125 Washington Blvd, Suite 300
Culver City, CA 90232
Telephone: (310) 864-7600
Facsimile: (310) 626-9752

Attorney for Defendant
Easy Financial, LLC and Stone Sharp

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| BRENDA WHITTAKER, an individual, individually and on behalf of all others similarly situated, | Case No.: 3:21-cv-08212-DJH |
| Plaintiff, | **[PROPOSED] ORDER** |
| vs. | |
| EASY FINANCIAL, LLC d/b/a Sunset Equity, a California limited liability company, and STONE SHARP, an individual. | |
| Defendants. | |

    Defendants Motion to Dismiss having regularly come before this Court for a haring on _____ __, 202_.

    Having considered the moving, opposition and reply papers, pleadings on file in this action, and all other matters that were appropriately before the Court along with the arguments of counsel

**1**

1    IT IS HEREBY ORDERED, ORDERED, ADJUDGED AND DECREED
2 THAT:
3    Defendants Motion to Dismiss is hereby GRANTED.

5    DATED this ___ day of _____, 202_.

                                        _____
                                        Diane J Humetewa
                                        United States District Judge

**2**