| | |
|---|---|
| Name | Benjamin Donel |
| Bar # | 226226 |
| Firm Address | |
| | 6125 Washington Blvd, Suite 300 |
| | Culver City, CA 90232 |
| Telephone | (310) 864-7600 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

BRENDA WHITTAKER

    Plaintiff,

    vs.

EASY FINANCIAL, LLC, STONE SHARP

    Defendant.

**Case No.** 3:21-cv-08212-DJH

**Corporate Disclosure Statement**

    This Corporate Disclosure Statement is filed on behalf of Easy Financial, LLC in compliance with the provisions of: *(check one)*

☑ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

[✔] No such corporation.

[ ] Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

_____ Relationship _____

[ ] Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____ Relationship _____

[ ] Other(please explain)

_____
_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this  16  day of  November , 2021 .

/s/ Benjamin Donel
_____
Counsel of Record

Certificate of Service:

I hereby certify that on 11/16/2021, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Arizona, by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Benjamin Donel

- 2 -