Schiff Hardin LLP
Patrick N. Downes, Bar No. 186461
pdownes@schiffhardin.com
5000 Birch Street
West Tower, Suite 3000
Newport Beach, California  92660
Telephone:   949.623.2000
Facsimile:    949.404.2802

Attorneys for Cross-Defendant
Connected Investors, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Brenda Whittaker, an individual, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   vs.<br><br>Easy Financial, LLC d/b/a Sunset Equity, a California limited liability company, and Stone Sharp, an individual,<br><br>        Defendants.<br><br>Easy Financial, LLC d/b/a Sunset Equity, a California Limited Liability Company, and Stone Sharp, an individual,<br><br>        Cross-Claimant,<br><br>   vs.<br><br>Connected Investors, LLC, a Delaware Limited Liability Company, aka CIX; and ROES 1-25, Inclusive,<br><br>        Cross-Defendants. | Case No. 3:21-cv-08212-DJH<br><br>**CONNECTED INVESTORS, INC. ANSWER TO CROSS-CLAIM**<br><br>FAC Filed: October 6, 2021 |

        Cross-Defendant Connected Investors, Inc. ("CIX"), hereby answers the Cross-Claim as follows:

1.  Paragraph 1 states a legal conclusion to which no response is required.
2.  Paragraph 2 states a legal conclusion to which no response is required.
3.  On information and belief, CIX admits.
4.  On information and belief, CIX admits.
5.  On information and belief, CIX admits.
6.  CIX admits.
7.  Paragraph 7 states a legal conclusion to which no response is required.
8.  On information and belief, CIX admits.
9.  CIX admits it entered an agreement with an entity called Sunset Financial, but lacks information sufficient to admit or deny the remaining allegations and, on that basis, denies.
10. CIX admits it provided leads to Sunset Financial, but lacks information sufficient to admit or deny the remaining allegations and, on that basis, denies.
11. CIX admits.
12. CIX admits that it provides leads to its customers, including Sunset Financial, but lacks information sufficient to admit or deny as to Easy Financial, Inc. or Stone Sharp and, on that basis, denies.
13. CIX denies.
14. CIX denies the first sentence of paragraph 14 as to cross-complainants. CIX admits the second sentence.
15. CIX lacks information to admit or deny and, on that basis, denies.
16. On information and belief, CIX admits.
17. CIX incorporates the preceding allegations by reference.
18. CIX denies.
19. CIX admits the Court has power to issue a declaratory judgment but denies that cross-complainants are entitled to one.
20. CIX denies.
21. CIX incorporates the preceding allegations by reference.

22. On information and belief, CIX admits.

23. CIX denies.

24. CIX denies.

25. CIX admits the first sentence of paragraph 25, but denies the second sentence.

26. CIX admits the first sentence of paragraph 26, but denies the second sentence.

27. CIX denies.

28. CIX denies.

29. CIX denies.

As for their affirmative defenses, CIX alleges as follows, without conceding the burden of proof has shifted to CIX on any element of cross-complainants' claims:

### FIRST ADDITIONAL DEFENSE
(FAILURE TO STATE A CLAIM)

The Cross-Complaint fails to state a claim against CIX upon which relief may be granted.

### SECOND ADDITIONAL DEFENSE
(FAILURE TO MITIGATE)

Any recovery by Cross-Complainants should be reduced to the extent that Cross-Complainants failed to mitigate damages.

### THIRD ADDITIONAL DEFENSE
(LACK OF PRIVITY)

Any recovery by cross-complainants should be reduced to the extent that Cross-Complainants are not in privity of contract with CIX.

## FOURTH ADDITIONAL DEFENSE

(STATUTE OF LIMITATIONS)

Any recovery by Cross-Complainants should be barred to the extent that Cross-Complainants indemnity claim falls outside the applicable limitations' period.

## FIFTH ADDITIONAL DEFENSE

(STATUTE OF FRAUDS)

Any recovery by Cross-Complainants should be barred to the extent that Cross-Complainants claimed indemnity was not in writing.

## SIXTH ADDITIONAL DEFENSE

(COMPARATIVE OR CONTRIBUTORY NEGLIGENCE)

Any recovery by Cross-Complainants should be barred or reduced to the extent that Cross-Complainants or third-parties caused the alleged underlying TCPA violation and claim.

WHEREFORE, CIX prays for relief as follows:

1. The Cross-Complaint be dismissed with prejudice;
2. CIX be awarded reasonable attorney's fees and costs; and
3. That CIX be awarded such other and further relief as the Court deems just and equitable.

Dated: January 20, 2022

SCHIFF HARDIN LLP

By: *[signature]*
Patrick N. Downes

Attorneys for Cross-Defendant
Connected Investors, Inc.

SF:322255036.1