| | | |
|---|---|---|
| 1 | Name | Patrick N. Downes |
| 2 | Bar # | CA 186461 |
| | Firm | Schiff Hardin LLP |
| 3 | Address | 5000 Birch Street |
| 4 | | West Tower, Suite 3000 |
| 5 | | Newport Beach, CA 92660 |
| 6 | Telephone | 949.623.2000 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Easy Financial, LLC, et al.                    )
                                               )
                Plaintiff,                     )
                                               )     **Case No.** 3:21-cv-08212-DJH
        vs.                                    )
Connected Investors, LLC, et al.               )     **Corporate Disclosure Statement**
                                               )
                Defendant.                     )
                                               )
_____ )

This Corporate Disclosure Statement is filed on behalf of Connected Investors, LLC
in compliance with the provisions of: *(check one)*

[✓]  Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

[ ]  Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

[ ]  Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

[ ]  No such corporation.

[✓]  Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

First American Financial Corporation _____   Relationship parent company _____

[ ]  Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____ Relationship_____

[ ]  Other(please explain)

_____

_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this 21st _____ day of January _____, 2022 _____.

Patrick N. Downes
_____
Counsel of Record

Certificate of Service:

I hereby certify that on January 21, 2022, I served a true and correct copy of the foregoing Disclosure Statement via ECF filing and first class, mail, postage prepaid, upon the following:

Benjamin Donel
Law Offices of Benjamin Donel & Associates APC
6125 Washington Blvd., Ste. 300
Culver City, CA 90232
310-864-7600
toplawesq@yahoo.com
Attorneys for Cross Claimant

Dated:  January 21, 2022          /s/ Patrick N. Downes

- 2 -