Patrick N. Downes (*Pro Hac Vice*)
pdownes@manteaudownes.com
Manteau Downes LLP
10100 Santa Monica Blvd.
Suite 300
Los Angeles, California 90067
Telephone:   310.497.1780

Attorneys for Cross-Defendant
Connected Investors, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Brenda Whittaker, an individual, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Easy Financial, LLC d/b/a Sunset Equity, a California limited liability company, and Stone Sharp, an individual,<br><br>　　　　　Defendants.<br><br>Easy Financial, LLC d/b/a Sunset Equity, a California Limited Liability Company, and Stone Sharp, an individual,<br><br>　　　　　Cross-Claimant,<br><br>　vs.<br><br>Connected Investors, LLC, a Delaware Limited Liability Company, aka CIX; and ROES 1-25, Inclusive,<br><br>　　　　　Cross-Defendants. | Case No. 3:21-cv-08212-DJH<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br>FAC Filed: October 6, 2021 |

1  I, Patrick Downes, in the above entitled and numbered action, hereby give notice of change
2  of address. My new address is:
3      Manteau Downes LLP
4      10100 Santa Monica Blvd, Suite 300
5      Los Angeles, CA 90067
6      pdownes@manteaudownes.com

8  I have updated my pacer account with the clerk.

10  Respectfully submitted this 3rd day of March, 2022

14  Dated: March 3, 2022          Manteau Downes LLP

16  By: /s/ Patrick Downes
    Patrick N. Downes

Attorneys for Cross-Defendant
Connected Investors, Inc.

Manteau Downes LLP
ATTORNEYS AT LAW
Los Angeles