1  Benjamin Donel, Esq.  (SBN: 226226)
2  LAW OFFICES OF BENJAMIN DONEL & ASSOCIATES, APC
   6125 Washington Blvd, Suite 300
3  Culver City, CA 90232
   Telephone: (310) 864-7600
4  Facsimile: (310) 626-9752

5
   Brett W. Johnson (#021527)
6  Ian R. Joyce (#035806)
   SNELL & WILMER L.L.P.
7  One Arizona Center
   400 E. Van Buren, Suite 1900
8  Phoenix, Arizona 85004-2202
   Telephone:  602.382.6000
9  Facsimile:  602.382.6070
   E-Mail: bwjohnson@swlaw.com
10         ijoyce@swlaw.com

11 *Attorneys for Defendants*
   *Easy Financial, LLC and Stone Sharp*
12

13

##                    UNITED STATES DISTRICT COURT

14

##                          DISTRICT OF ARIZONA

15

16

17 | Brenda Whittaker, an individual, | Case No.: 3:21-cv-08212-DJH
   | individually and on behalf of all others |
18 | similarly situated, |
                                              | **DEFENDANTS NOTICE OF SERVICE**
19 |                Plaintiff, | **OF DISCLOSURES AND DISCOVERY**
                                              | **RESPONSES**
20 | vs. |

21

22 | Easy Financial, LLC d/b/a Sunset Equity
   |  a California limited liability company,
23 |  and Stone Sharp, an individual.

24 |                Defendants.

25

26

27

28
                                1

|   |   |
|---|---|
| 1 | |
| 2 | Easy Financial, LLC d/b/a Sunset Equity, a California Limited Liability Company |
| 3 | and Stone Sharp, an individual, |
| 4 | Cross-Claimant, |
| 5 | vs. |
| 6 | |
| 7 | Connected Investors, LLC, a Delaware Limited Liability Company, aka CIX; |
| 8 | and ROES 1-25, Inclusive, |
| 9 | |
| 10 | Cross-Defendants. |

Pursuant to LRCiv 5.2, Defendant/Cross-Claimant Easy Financial, LLC ("Easy Financial") and Defendant/Cross-Claimant Stone Sharp ("Sharp") hereby give notice that they have served the following documents on Plaintiff:

- Easy Financial's and Sharp's Initial Disclosures, on January 19, 2022;
- Easy Financial's Responses and Objections to Plaintiff's First Set of Interrogatories on March 22, 2022;
- Easy Financial's Responses and Objections to Plaintiff's First Set of Requests for Production on March 22, 2022;
- Sharp's Responses and Objections to Plaintiff's First Set of Interrogatories on March 22, 2022.

Date:   March 22, 2022

           LAW OFFICES OF BENJAMIN DONEL & ASSOCIATES

           */s/ Benjamin Donel*
           Benjamin Donel
           Attorney for Defendant
           Donel Investments, LLC

SNELL & WILMER L.L.P.


By: /s/ *Brett W. Johnson*
Brett W. Johnson
Ian R. Joyce
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202

## **CERTIFICATE OF SERVICE**

I certify that, on March 22, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, which automatically sends a Notice of Electronic Filing to all counsel of record.

s/  *Richard A. Schaan*