Benjamin Donel, Esq.  (SBN: 226226)
LAW OFFICES OF BENJAMIN DONEL & ASSOCIATES, APC
6125 Washington Blvd, Suite 300
Culver City, CA 90232
Telephone: (310) 864-7600
Facsimile: (310) 626-9752

Brett W. Johnson (#021527)
Ian R. Joyce (#035806)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone:  602.382.6000
Facsimile:  602.382.6070
E-Mail: bwjohnson@swlaw.com
          ijoyce@swlaw.com

*Attorneys for Defendants*
*Easy Financial, LLC and Stone Sharp*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Brenda Whittaker, an individual, individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>vs.<br><br>Easy Financial, LLC d/b/a Sunset Equity a California limited liability company, and Stone Sharp, an individual.<br><br>               Defendants. | Case No.: 3:21-cv-08212-DJH<br><br>**DEFENDANTS NOTICE OF SERVICE OF DISCOVERY RESPONSES** |

| | |
|---|---|
| Easy Financial, LLC d/b/a Sunset Equity, a California Limited Liability Company and Stone Sharp, an individual, | |
| Cross-Claimant, | |
| vs. | |
| Connected Investors, LLC, a Delaware Limited Liability Company, aka CIX; and ROES 1-25, Inclusive, | |
| Cross-Defendants. | |

Pursuant to LRCiv 5.2, Defendant/Cross-Claimant Easy Financial, LLC ("Easy Financial") and Defendant/Cross-Claimant Stone Sharp ("Sharp") hereby give notice that they have served the following documents on Plaintiff:

- Easy Financial's Supplemental Responses and Objections to Plaintiff's First Set of Requests for Production on April 12, 2022;
- Sharp's Responses and Objections to Plaintiff's First of Requests for Production on April 12, 2022 .

Date: April 12, 2022

                                                      LAW OFFICES OF BENJAMIN DONEL & ASSOCIATES

                                                      */s/ Benjamin Donel*
                                                      Benjamin Donel
                                                      Attorney for Defendant
                                                      Donel Investments, LLC

SNELL & WILMER L.L.P.

By: /s/ *Brett W. Johnson*
Brett W. Johnson
Ian R. Joyce
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202

## CERTIFICATE OF SERVICE

I certify that, on April 12, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, which automatically sends a Notice of Electronic Filing to all counsel of record.

s/ *Richard A. Schaan*