Penny L. Koepke
pkoepke@hoalaw.biz
**MAXWELL & MORGAN, P.C.**
4854 E. Baseline Road, Suite 104
Mesa, Arizona 85206
Tel: (480) 833-1001

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff and the Class*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Brenda Whittaker, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>Easy Financial, LLC d/b/a Sunset Equity, a California limited liability company, and Stone Sharp, an individual,<br><br>*Defendants/Cross-Claimants*,<br><br>v.<br><br>Connected Investors, LLC, a Delaware limited liability company,<br><br>*Cross-Defendant.* | Case No. 3:21-cv-08212-DJH<br><br>**PLAINTIFF'S NOTICE OF SERVICE**<br><br>FAC Filed: October 6, 2021 |

Plaintiff Brenda Whittaker ("Plaintiff" or "Whittaker"), by and through her undersigned counsel, certifies that she has served her first set of discovery requests on Connected Investors, LLC ("CIX")—including Plaintiff's First Set of Interrogatories to CIX and Plaintiff's First Set of Requests for the Production of Documents to CIX. The requests were transmitted to counsel for Defendants and Cross-Defendant via electronic mail and U.S. mail.

Dated: April 13, 2022

**BRENDA WHITTAKER**, individually and on behalf of all others similarly situated,

By: */s/ Taylor T. Smith*
One of Plaintiff's Attorneys

Penny L. Koepke
pkoepke@hoalaw.biz
4854 E. Baseline Road, Suite 104
Mesa, Arizona 85206
Tel: (480) 833-1001

Taylor T. Smith (admitted *pro hac vice*)
tsmith@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 907-7628
Facsimile: (303) 927-0809

*Counsel for Plaintiff and the Putative Class*

2

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above titled document was served upon counsel of record by filing such papers via the Court's ECF system on April 13, 2022.

                                                */s/ Taylor T. Smith*