1  Benjamin Donel, Esq.  (SBN: 226226)
   LAW OFFICES OF BENJAMIN DONEL & ASSOCIATES, APC
2  6125 Washington Blvd, Suite 300
3  Culver City, CA 90232
   Telephone: (310) 864-7600
4  Facsimile: (310) 626-9752

5
   Brett W. Johnson (#021527)
6  Ian R. Joyce (#035806)
   SNELL & WILMER L.L.P.
7  One Arizona Center
   400 E. Van Buren, Suite 1900
8  Phoenix, Arizona 85004-2202
   Telephone:  602.382.6000
9  Facsimile:  602.382.6070
   E-Mail: bwjohnson@swlaw.com
10         ijoyce@swlaw.com

11 *Attorneys for Defendants*
   *Easy Financial, LLC and Stone Sharp*
12

13

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Brenda Whittaker, an individual, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Easy Financial, LLC d/b/a Sunset Equity a California limited liability company, and Stone Sharp, an individual.<br><br>Defendants. | Case No.: 3:21-cv-08212-DJH<br><br>**DEFENDANTS NOTICE OF SERVICE OF DISCOVERY REQUESTS** |

1

| | |
|---|---|
| 1 | |
| 2 | Easy Financial, LLC d/b/a Sunset Equity, a California Limited Liability Company |
| 3 | and Stone Sharp, an individual, |
| 4 | Cross-Claimant, |
| 5 | vs. |
| 6 | |
| 7 | Connected Investors, LLC, a Delaware Limited Liability Company, aka CIX; |
| 8 | and ROES 1-25, Inclusive, |
| 9 | |
| 10 | Cross-Defendants. |

Pursuant to LRCiv 5.2, Defendant/Cross-Claimant Easy Financial, LLC ("Easy Financial") and Defendant/Cross-Claimant Stone Sharp ("Sharp") hereby give notice that they have served the following documents on Plaintiff:

- Defendant Easy Financial, LLC's First Set of Requests for Admissions to Brenda Whittaker on April 28, 2022;
- Defendant Easy Financial, LLC's First Set of Interrogatories to Brenda Whittaker on April 28, 2022; and
- Defendant Easy Financial, LLC's First Set of Requests for Production to Brenda Whittaker on April 28, 2022.

Date: April 28, 2022

                                                LAW OFFICES OF BENJAMIN DONEL & ASSOCIATES

                                                */s/ Benjamin Donel*
                                                Benjamin Donel
                                                Attorney for Defendant
                                                Donel Investments, LLC

SNELL & WILMER L.L.P.

By: /s/ *Brett W. Johnson*
Brett W. Johnson
Ian R. Joyce
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202

## CERTIFICATE OF SERVICE

I certify that, on April 28, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, which automatically sends a Notice of Electronic Filing to all counsel of record.

s/ *Tracy Hobbs*