Penny L. Koepke
pkoepke@hoalaw.biz
**MAXWELL & MORGAN, P.C.**
4854 E. Baseline Road, Suite 104
Mesa, Arizona 85206
Tel: (480) 833-1001

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff and the Class*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Brenda Whittaker, an individual, individually and on behalf of all others similarly situated, | Case No. 3:21-cv-08212-DJH |
| *Plaintiff*, | **PLAINTIFF'S NOTICE OF SERVICE** |
| v. | FAC Filed: October 6, 2021 |
| Easy Financial, LLC d/b/a Sunset Equity, a California limited liability company, and Stone Sharp, an individual, | |
| *Defendants/Cross-Claimants*, | |
| Connected Investors, LLC, a Delaware limited liability company, | |
| *Cross-Defendant*, | |

Plaintiff Brenda Whittaker ("Plaintiff" or "Whittaker"), by and through her undersigned counsel, certifies that she has served the following documents on all Parties:

- Plaintiff's Objections and Responses to Defendants Easy Financial, LLC's and Stone Sharp's First Set of Requests for Production on May 31, 2022;
- Plaintiff's Objections and Responses to Defendants Easy Financial, LLC's and Stone Sharp's First Set of Interrogatories on May 31, 2022; and

1

- Plaintiff's Objections and Responses to Defendants Easy Financial, LLC's and Stone Sharp's First Set of Requests for Admission on May 31, 2022.

Dated: June 13, 2022

**BRENDA WHITTAKER**, individually and on behalf of all others similarly situated,

By: */s/ Taylor T. Smith*
One of Plaintiff' Attorneys

Penny L. Koepke
pkoepke@hoalaw.biz
4854 E. Baseline Road, Suite 104
Mesa, Arizona 85206
Tel: (480) 833-1001

Taylor T. Smith (admitted *pro hac vice*)
tsmith@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 907-7628
Facsimile: (303) 927-0809

*Counsel for Plaintiff and the Putative Class*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above titled document was served upon counsel of record by filing such papers via the Court's ECF system on June 13, 2022.

                                              */s/ Taylor T. Smith*