# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brenda Whittaker, | No. CV-21-08212-PCT-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Stone Sharp, et al., | |
| Defendants. | |

The Court is in receipt of the parties' Joint Statement Regarding Discovery Dispute (Doc. 39). The parties agree that Plaintiff may obtain a list of telephone numbers related to Plaintiff's Request for Production. However, they dispute whether Plaintiff's counsel has the right to use the number to contact putative class members, despite the fact that "Plaintiff's counsel does not intend to contact any class members." (Doc. 39 at 2).

The question of whether a plaintiff's counsel may use pre-certification discovery to contact potential plaintiffs is not clearly answered by the cases the parties have cited, and there are a variety of conflicting opinions in district courts across the country. *See e.g., Mbazomo v. ETourandTravel, Inc.*, 2017 WL 2346981, at *3 (E.D. Cal. May 30, 2017) ("In determining TCPA actions, California federal courts routinely hold that name and telephone number disclosures do not present a serious privacy invasion."); *Dziennik v. Sealift, Inc.*, 2006 WL 1455464, at *1 (E.D.N.Y. May 23, 2006) ("Courts have ordinarily refused to allow discovery of class members' identities at the pre-certification stage out of concern that plaintiffs' attorneys may be seeking such information to identify potential new

clients, rather than to appropriate the appropriateness of certification.").

The Court will reserve this question for when it becomes necessary to answer. For now, the Court will order that Defendants produce the telephone numbers on the condition that Plaintiff refrain from using the numbers in any way to contact putative class members unless and until a class has been certified. To be clear, Plaintiff's counsel shall not use the numbers to contact or identify potential new clients. Plaintiff's use of the numbers shall be limited to determining if there is a viable class under Federal Rule of civil Procedure 23(a). If Plaintiff's counsel decide they wish to use the numbers to contact putative class members before class certification, they must first seek leave by filing a motion with the Court. The motion will then be briefed as permitted by Local Rule of Civil Procedure 7.2, and the Court will decide the issue at that time.

Accordingly,

**IT IS HEREBY ORDERED** that the parties shall proceed as directed in this Order.

Dated this 11th day of July, 2022.

Honorable Diane J. Humetewa
United States District Judge