1  Benjamin Donel, Esq.  (SBN: 226226)
   LAW OFFICES OF BENJAMIN DONEL & ASSOCIATES, APC
2  6125 Washington Blvd, Suite 300
   Culver City. CA 90232
3  Telephone: (310) 864-7600
   Facsimile: (310) 626-9752
4  E-Mail:  ben@sunsetequitygroup.com

5  Brett W. Johnson (#021527)
   Ian R. Joyce (#035806)
6  SNELL & WILMER L.L.P.
   One Arizona Center
7  400 E. Van Buren, Suite 1900
   Phoenix, Arizona  85004-2202
8  Telephone:  602.382.6000
   E-Mail:  bwjohnson@swlaw.com
9           ijoyce@swlaw.com

10 *Attorneys for Defendants*
11 *Easy Financial, LLC and Stone Sharp*

12

13                     **UNITED STATES DISTRICT COURT**

14                              **DISTRICT OF ARIZONA**

15

| | |
|---|---|
| Brenda Whittaker, an individual, individually and on behalf of all others similarly situated, | Case No.: 3:21-cv-08212-DJH |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF COUNSEL FOR DEFENDANTS (WITH CONSENT)** |
| vs. | |
| Easy Financial, LLC d/b/a Sunset Equity, a California limited liability company, and Stone Sharp, an individual. | |
| Defendants. | |

Pursuant to LRCiv. 83.3 and by mutual agreement between Defendants Easy Financial LLC and Stone Sharp ("Defendants") and the law firm Snell & Wilmer, L.L.P., Defendants and their counsel request that the Court enter an order permitting Snell & Wilmer L.L.P. , Brett W. Johnson, Ian R. Joyce, and all its attorneys, to withdraw as

**1**

counsel of record for Defendants in this action. Defendants consent to this withdrawal; a written consent form is attached to this *ex parte* application. This case has not been set for trial and Defendants will continue to be represented by the Law Offices of Benjamin Donel & Associates, APC moving forward.

The reason for this withdrawal is that for logistical and other reasons the Defendants prefer to be represented by Benjamin Donel & Associates, APC in this action.

The name, last known residence and last known telephone numbers of the Defendants are: (1) Easy Financial, LLC, d/b/a Sunset Equity, 6125 Washington Blvd, Culver City, California 90232 (c/o Benjamin Donel & Associates); (2) Stone Sharp, Los Angeles County, 626-696-9245 (c/o Benjamin Donel & Associates).

A proposed order is attached to this application.

DATED this 13th day of July, 2022.

                SNELL & WILMER L.L.P.

                By: /s/ *Brett W. Johnson*
                    Brett W. Johnson
                    Ian R. Joyce
                    One Arizona Center
                    400 E. Van Buren, Suite 1900
                    Phoenix, Arizona 85004-2202

                    Benjamin Donel, Esq.
                    LAW OFFICES OF BENJAMIN DONEL & ASSOCIATES. APC
                    6125 Washington Blvd, Suite 300
                    Culver City, CA 90232

                    *Attorneys for Defendants*
                    *Easy Financial, LLC and Stone Sharp*

<u>CLIENT CONSENT</u>

The undersigned hereby consents to the withdrawal of Brett W. Johnson, Ian R. Joyce, and Snell & Wilmer as counsel of record in the above-captioned matter.

*Jeffre Lowe* (DocuSigned)

Jeffre Lowe, on behalf of Defendants Easy Financial LLC

*Stone Sharp* (DocuSigned)

Stone Sharp

**CERTIFICATE OF SERVICE**

I certify that on July 13, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, which electronically sends a copy of same on to all counsel of record.

                                       /s/ Tracy Hobbs