Penny L. Koepke
pkoepke@hoalaw.biz
**MAXWELL & MORGAN, P.C.**
4854 E. Baseline Road, Suite 104
Mesa, Arizona 85206
Tel: (480) 833-1001

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff and the Class*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Brenda Whittaker, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>Easy Financial, LLC d/b/a Sunset Equity, a California limited liability company, and Stone Sharp, an individual,<br><br>*Defendants/Cross-Claimants*,<br><br>v.<br><br>Connected Investors, LLC, a Delaware limited liability company,<br><br>*Cross-Defendant.* | Case No. 3:21-cv-08212-DJH<br><br>**PLAINTIFF'S NOTICE OF SERVICE**<br><br>FAC Filed: October 6, 2021 |

Plaintiff Brenda Whittaker ("Plaintiff" or "Whittaker"), by and through her undersigned counsel, certifies that she has served a subpoena to produce documents, information, or objects or to permit inspection of premises in a civil action directed to Verizon Communications, Inc. ("Verizon"). The subpoena was served via facsimile transmission, as requested by Verizon.

1

| | |
|---|---|
| Dated: July 22, 2022 | **BRENDA WHITTAKER**, individually and on behalf of all others similarly situated,<br><br>By: */s/ Taylor T. Smith*<br>One of Plaintiff's Attorneys<br><br>Penny L. Koepke<br>pkoepke@hoalaw.biz<br>4854 E. Baseline Road, Suite 104<br>Mesa, Arizona 85206<br>Tel: (480) 833-1001<br><br>Taylor T. Smith (admitted *pro hac vice*)<br>tsmith@woodrowpeluso.com<br>Woodrow & Peluso, LLC<br>3900 East Mexico Ave., Suite 300<br>Denver, Colorado 80210<br>Telephone: (720) 907-7628<br>Facsimile: (303) 927-0809<br><br>*Counsel for Plaintiff and the Putative Class* |

2

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above titled document was served upon counsel of record by filing such papers via the Court's ECF system on July 22, 2022.

                                        */s/ Taylor T. Smith*