1
2
3
4
5
6                    **IN THE UNITED STATES DISTRICT COURT**

7                      **FOR THE DISTRICT OF ARIZONA**

8

9    Brenda Whittaker,                      No. CV-21-08212-PCT-DJH

10                    Plaintiff,            **ORDER**

11   v.

12   Stone Sharp, et al.,

13                    Defendants.

14

15          This matter is before the Court on the parties' first Stipulation to Extend all

16   Remaining Deadlines (Doc. 44).

17          **IT IS ORDERED** the Stipulation (Doc. 44) is **APPROVED** and that deadlines are

18   extended as follows:

19          1.      The deadline to serve written discovery:  October 4, 2022.

20          2.      The deadline to schedule depositions: November 11, 2022

21          3.      The deadline for completing fact discovery: November 18, 2022.

22          4.      The deadline for Plaintiff's expert disclosures: December 6, 2022.

23          5.      The deadline for Defendant's expert disclosures: December 27, 2022.

24          6.      The deadline for rebuttal expert disclosures, if any: January 10, 2023.

25          7.      The deadline to complete expert depositions: January 31, 2023.

26          8.      The deadline for filing dispositive motions: March 3, 2023.

27          9.      The deadline for engaging in good faith settlement talks: November 18, 2022.

28   No later than five working days after the deadline set forth in the preceding sentence, the

parties shall file a joint report on settlement talks executed by or on behalf of all counsel.

**IT IS FURTHER ORDERED** that the remainder of the original Rule 16 Scheduling Order (Doc. 21) is **AFFIRMED**.

Dated this 11th day of August, 2022.

Honorable Diane J. Humetewa
United States District Judge