Penny L. Koepke
pkoepke@hoalaw.biz
**MAXWELL & MORGAN, P.C.**
4854 E. Baseline Road, Suite 104
Mesa, Arizona 85206
Tel: (480) 833-1001

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff and the Class*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Brenda Whittaker, an individual, individually and on behalf of all others similarly situated, | Case No. 3:21-cv-08212-DJH |
| *Plaintiff*, | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| Easy Financial, LLC d/b/a Sunset Equity, a California limited liability company, and Stone Sharp, an individual, | |
| *Defendants/Cross-Claimants*, | |
| Connected Investors, LLC, a Delaware limited liability company, | |
| *Cross-Defendant*, | |
| FAC Filed: October 6, 2021 | |

Plaintiff Brenda Whittaker ("Plaintiff"), Defendant Easy Financial, LLC d/b/a Sunset Equity ("Defendant"), and Cross-Defendant Connected Investors, LLC ("Cross-Defendant"), by and through their undersigned counsel, hereby stipulate as follows:

1

1.   Plaintiff filed this putative class action against Defendant.

2.   On December 3, 2021, Defendant filed a cross claim against Cross-Defendant. (Dkt. 15.)

3.   Fed. R. Civ. P. 41(a)(1)(A)(ii) allows the parties to stipulate to the dismissal of an action at any time. Fed. R. Civ. P. 23(e) does not limit the parties' right to stipulate to dismissal of this action because that Rule applies only to certified classes (or classes proposed to be certified for purposes of settlement). No class has been certified in this matter, nor is any class proposed to be certified for purposes of settlement. Likewise, this matter does not involve any Receiver so as to implicate Fed. R. Civ. P. 66.

Accordingly, pursuant to Fed. R. Civ. P. 42(a)(1)(A)(ii), Plaintiff, Defendant, and Cross-Defendant agree that this action shall be dismissed in its entirety with prejudice as to the claims of Plaintiff and the claims of Defendant against Cross-Defendant, and without prejudice to the claims of any absent class members.

Plaintiff, Defendant, and Cross-Defendant further agree that each party is to bear her and its own attorneys' fees and costs.

**BRENDA WHITTAKER**, individually and on behalf of all others similarly situated,

Dated: September 19, 2022

By: */s/ Taylor T. Smith*
One of Plaintiff's Attorneys

Penny L. Koepke
pkoepke@hoalaw.biz
Maxwell & Morgan, P.C.
4854 E. Baseline Road, Suite 104
Mesa, Arizona 85206
Tel: (480) 833-1001

Taylor T. Smith (admitted *pro hac vice*)
tsmith@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 907-7628
Facsimile: (303) 927-0809

|   |   |   |
|---|---|---|
| 1 |   | *Counsel for Plaintiff and the Putative Class* |
| 2 |   | **EASY FINANCIAL, LLC** |
| 3 | Dated: September 19, 2022 | By: /s/ *Benjamin Donel* |
| 4 |   |   |

Benjamin Donel
Law Offices of Benjamin Donel & Associates APC
6125 Washington Blvd., Ste. 300
Culver City, CA 90232
Tel: 310-864-7600
Fax: 31-626-9752
Email: toplawesq@yahoo.com

*Counsel for Easy Financial, LLC*


**CONNECTED INVESTORS, LLC**

Dated: September 19, 2022          By: /s/ *Patrick N. Downes*

Patrick N. Downes
Manteau Downes LLP
10100 Santa Monica Blvd., Ste. 300
Los Angeles, CA 90067
310-497-1780
Email: pdownes@manteaudownes.com

*Counsel for Connected Investors, LLC*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above titled document was served upon counsel of record by filing such papers via the Court's ECF system on September 19, 2022.

                                                                               */s/ Taylor T. Smith*